Read and Kelley Estate Services, LLC  
PO Box 3111  
N. Fort Myers, FL 33918  

(239)731-2201  
personalpropertyappraiser@yahoo.com  
http://personalpropertyappraiser.net  



# Invoice

| Date | Invoice # |
|---|---|
| 02/24/2016 | 10153 |

**Bill To**

Trustee, Robert Tardif  
PO Box 2140  
Fort Myers, FL 33902  

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| 11/14/2015 | Administration from service date to invoice date | 1 | 30.00 | 30.00 |
| 01/04/2016 | Apportioned travel | 1.2 | 30.00 | 36.00 |
| 01/04/2016 | Fuel surcharge Collier/Charlotte/Hendry County | 1 | 8.00 | 8.00 |
| 01/04/2016 | Onsite minimum charge | 1 | 30.00 | 30.00 |
| 02/24/2016 | Research & formal report preparation, from on-site date to invoice date | 0.8 | 60.00 | 48.00 |

Name: Aida Hernandez  
Case No: 9-15-bk-09194-FMD  

**Total** $152.00