IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:
AIDA HERNANDEZ                             Case No.  9:15-bk-09194-FMD

              Debtor
_____/

## TRUSTEE'S REPORT OF SALE

The undersigned Trustee of the estate of the above-named Debtor reports as follows:

1.     On May 10, 2016, the Trustee filed a Motion to Approve Stipulation on Repurchase of Assets, which allowed the Debtor to repurchase her non-exempt assets (bank accounts; household goods; 2006 Dodge Stratus) for $3,500.00.  Additionally, Debtor surrendered a tax refund of $1,082.61

2.     On June 6, 2016 , the Court entered an Order Granting Motion to Approve Stipulation on Repurchase of Assets.

3.     The Trustee has received all funds owed to the estate from the Debtor.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the Assistant U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602 this 7th day of June 2016.

                                  /s/ Robert E. Tardif Jr.
                                  Robert E. Tardif Jr., Trustee
                                  Post Office Box 2140
                                  Fort Myers, FL 33902
                                  (239) 362-2755
                                  (239) 362-2756 (facsimile)
                                  rtardif@comcast.net